```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 15750
   RAYNARD L MCNEIL
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-7976


-----------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 06/19/2008 and was not confirmed.

     The case was dismissed without confirmation 09/24/2008.
-----------------------------------------------------------------------------
CREDITOR NAME             CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
-----------------------------------------------------------------------------
DEUTSCHE BANK NATIONAL T  CURRENT MORTG        .00          .00           .00
DEUTSCHE BANK NATIONAL T  MORTGAGE ARRE     978.73          .00           .00
DEUTSCHE BANK NATIONAL T  CURRENT MORTG        .00          .00           .00
IL STATE DISBURSEMENT UN  DSO ARREARS    NOT FILED          .00           .00
CHRISTINE MCNEIL          NOTICE ONLY    NOT FILED          .00           .00
INTERNAL REVENUE SERVICE  PRIORITY       NOT FILED          .00           .00
DEUTSCHE BANK NATIONAL T  MORTGAGE NOTI  NOT FILED          .00           .00
ASSET ACCEPTANCE LLC      UNSECURED         797.79          .00           .00
DEUTSCHE BANK NATIONAL T  SECURED NOT I   41915.93          .00           .00
PRO SE DEBTOR             DEBTOR ATTY         .00                         .00
TOM VAUGHN                TRUSTEE                                         .00
DEBTOR REFUND             REFUND                                          .00

         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                        --------------        --------------
TOTALS                         .00                    .00




                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 15750 RAYNARD L MCNEIL
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 12/22/08 | /s/ Tom Vaughn <br> _____ <br> TOM VAUGHN <br> CHAPTER 13 TRUSTEE |